# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JEREMY D. COON** | **CIVIL ACTION NO. 24-1440** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **OUACHITA PARISH SHERIFF'S DEPARTMENT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jeremy D. Coon's Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 21st day of February 2025.

**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**